# EXHIBIT 1

10/12/22, 2:55 PM

```
Type of Work:      Computer File

Registration Number / Date:
                   TX0008973265 / 2021-03-23

Application Title: ANSYS 2020 R2 (including 3D Energy Density Lab, ACP,
                   Additive, Advanced Scattering Surface Editor, Animate,
                   AQL, Aqwa, Aqwa-Wave, AqwaGS, AqwaWave, ARC, BSDF - BRDF
                   - Anisotropic Surface Viewer, CAD Configuration Manager,
                   CFD-Post, CFX, Chemkin, Coated Surface Editor, DC
                   Evaluator (DCE), Design Point Service (DPS), Discovery,
                   Discovery AIM, Discovery Live, Discovery SpaceClaim,
                   Elastic Client Settings, Energico, EnSight, EnVe,
                   EnVideo, EnVision, FENSAP-ICE, Fluent, Fluorescent
                   Surface Editor, Forte, Grating Surface Editor, ICEM CFD,
                   Icepak, Icing, LS-DYNA, LS-Prepost, LS-Run, Mechanical,
                   Mechanical APDL, Model Fuel Library, optiSLang,
                   Photometric Calc, Polarizer Surface Editor, Polyflow,
                   Ray File Editor, Reaction Workbench, Remote
                   Visualization Client, Rendering Surface Editor, Retro
                   Reflecting Surface Editor, Rough Mirror Surface Editor,
                   RSM, SCDM, Sherlock, Simple Scattering Surface Editor,
                   SpaceClaim, Spectrum Editor, SPEOS, System Coupling,
                   Thin Lens Surface Editor, TurboGrid, Viewer, Virtual 3D
                   Photometric Lab, Virtual Human Vision Lab, Virtual
                   Photometric Lab, Virtual Reality Lab, Workbench)

Title:             ANSYS 2020 R2 (including 3D Energy Density Lab, ACP,
                   Additive, Advanced Scattering Surface Editor, Animate,
                   AQL, Aqwa, Aqwa-Wave, AqwaGS, AqwaWave, ARC, BSDF - BRDF
                   - Anisotropic Surface Viewer, CAD Configuration Manager,
                   CFD-Post, CFX, Chemkin, Coated Surface Editor, DC
                   Evaluator (DCE), Design Point Service (DPS), Discovery,
                   Discovery AIM, Discovery Live, Discovery SpaceClaim,
                   Elastic Client Settings, Energico, EnSight, EnVe,
                   EnVideo, EnVision, FENSAP-ICE, Fluent, Fluorescent
                   Surface Editor, Forte, Grating Surface Editor, ICEM CFD,
                   Icepak, Icing, LS-DYNA, LS-Prepost, LS-Run, Mechanical,
                   Mechanical APDL, Model Fuel Library, optiSLang,
                   Photometric Calc, Polarizer Surface Editor, Polyflow,
                   Ray File Editor, Reaction Workbench, Remote
                   Visualization Client, Rendering Surface Editor, Retro
                   Reflecting Surface Editor, Rough Mirror Surface Editor,
                   RSM, SCDM, Sherlock, Simple Scattering Surface Editor,
                   SpaceClaim, Spectrum Editor, SPEOS, System Coupling,
                   Thin Lens Surface Editor, TurboGrid, Viewer, Virtual 3D
                   Photometric Lab, Virtual Human Vision Lab, Virtual
                   Photometric Lab, Virtual Reality Lab, Workbench)

Description:       Electronic file (eService)

Copyright Claimant:
                   ANSYS, Inc.

Date of Creation:  2020

Date of Publication:
                   2020-07-01

Nation of First Publication:
                   United States
```

```
Authorship on Application:
                ANSYS, Inc., employer for hire; Domicile: United States.
                   Authorship: computer program.

Previous Registration:
                2019, TX 8-932-919.

Pre-existing Material:
                computer program, Prior versions of ANSYS.

Basis of Claim:    computer program, New and revised computer program.

Rights and Permissions:
                ANSYS, Inc., 2600 Ansys Drive, Canonsburg, PA, 15317,
                   United States

Names:             ANSYS, Inc.

================================================================================
```