# EXHIBIT 10

```
 Title:               Ansys Electromagnetics Suite 2022 R2 (including 2D
                         Extractor, Circuit, Circuit Netlist, Electronics
                         Desktop, EMIT, HFSS, HFSS 3DLayout, Icepak, Maxwell
                         Circuit, Maxwell 2D, Maxwell 3D, Mechanical, Nuhertz
                         FilterSolutions, PEmag, PExprt, Q3D Extractor, RMxprt,
                         Savant, Simplorer, SIwave, Twin Builder)

 Type of Material:    Computer File

 Registration Number/Date:
                      TX0009179826 / 2022-09-07

 Description:         Electronic file (eService)

 Copyright Claimant:
                      ANSYS, Inc.

 Date of Creation:    2022

 Date of Publication:
                      2022-07-01

 Authorship on Application:
                      ANSYS, Inc.,

 Previous Registration:
                      2022, TX 9-104-430.

 Basis of Claim:      computer program, New and revised computer program.

 Copyright Note:      ANSYS, Inc., 2600 Ansys Drive, Canonsburg, PA, 15317,
                         United States

====================================================================================
```