# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **ANSYS, INC.** § | |
| § | **Cause No. 6:23-cv-00120** |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| § | |
| **DOES 1 THROUGH 213,** § | |
| § | **JURY TRIAL DEMANDED** |
| Defendants. § | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
## AND NOTICE OF INTERESTED PARTIES

Plaintiff ANSYS, Inc. ("Ansys") hereby submits the following statement of its corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Ansys has no parent corporation, and no publicly held company owns 10% or more of its corporate stock.

Dated: February 15, 2023

Respectfully submitted,

DANIELS & TREDENNICK PLLC

*/s/ John F. Luman III*
John F. Luman III
Attorney-in-Charge
Texas State Bar No. 00794199
Heath A. Novosad
Texas State Bar No. 24037199
Mary Rodman Crawford
Texas State Bar No. 24109766
DANIELS & TREDENNICK PLLC
6363 Woodway, Suite 700
Houston, Texas 77057
(713) 917-0024 – Telephone
(713) 917-0026 – Facsimile

                                                                                 luman@dtlawyers.com
                                                                                 Heath@dtlawyers.com
                                                                             Crawford@dtlawyers.com

**COUNSEL FOR ANSYS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing via electronic mail to all counsel of record.

                                              */s/ John F. Luman III*
                                              John F. Luman III