UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ANSYS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>DOES 1 THROUGH 213,<br><br>    Defendants. | §   Cause No. 6:23-CV-00120-ADA-JCM<br>§<br>§<br>§<br>§<br>§<br>§<br>§   JURY TRIAL DEMANDED<br>§ |

**ORDER GRANTING PLAINTIFF'S MOTION FOR DISCOVERY**

The Court having considered Plaintiff's Unopposed *Ex Parte* Motion For Leave to Serve Third-Party Subpoenas Prior to a Rule 26(f) Conference ("Motion") is of the opinion that the Motion should be granted. It is hereby:

ORDERED that Plaintiff may serve immediate discovery on internet service providers to obtain the identity of Doe Defendants by serving subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure requesting the subscriber's name, address, telephone number, e-mail address, and any other information that would aid Plaintiff in determining the identify of these Doe Defendants;

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiff in response to subpoenas issued under Rule 45 of the Federal Rules of Civil Procedure may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights under the Copyright Act as enumerated in the Complaint; and

IT IS FURTHER ORDERED THAT any subpoena issued pursuant to this order shall be deemed an appropriate court order under 47 U.S.C. § 551.

Signed the ___ day of February, 2023

_____
UNITED STATES DISTRICT JUDGE