UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ANSYS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 6:23-CV-00120-ADA-JCM |
| | § | |
| DOES 1 THROUGH 213, | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## NOTICE OF PREVIOUS DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ansys, Inc., voluntarily dismissed, without prejudice, all claims against Movants Leslie Yin (Doe 161) and Yang Lyu (Doe 185) on April 14, 2023. *See* Notice of Dismissal Without Prejudice (Dkt. No. 9) (the "Dismissal").

As required by Rule 41(a)(1)(A)(i), the Dismissal was filed before service of an answer or a motion for summary judgment by Doe 161 or Doe 185.

Dated: July 24, 2023

Respectfully submitted,

DANIELS & TREDENNICK PLLC

*/s/ John F. Luman III*
John F. Luman III
Attorney-in-Charge
Texas State Bar No. 00794199
Heath A. Novosad
Texas State Bar No. 24037199
Mary Rodman Crawford
Texas State Bar No. 24109766
DANIELS & TREDENNICK PLLC
6363 Woodway, Suite 700
Houston, Texas 77057
(713) 917-0024 – Telephone

2

(713) 917-0026 – Facsimile
Luman@dtlawyers.com
Heath@dtlawyers.com
Crawford@dtlawyers.com

**COUNSEL FOR ANSYS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ John F. Luman III*